FILED

07/24/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0484

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0484

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

ANDREW JOHN SMITH,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for a 60-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including September 28, 2024, within which to prepare, file, and serve its response brief.

RB

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 24 2024